# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                      v.                        Crim. No. 2:17-CR-1-1H

**DAVID BARKLEY VARDARO**

On September 16, 2016, the above-named defendant, who was originally sentenced in the Eastern District of Virginia, was released from prison and immediately commenced a 5-year term of supervised release in the Eastern District of North Carolina (EDNC). On February 24, 2017, jurisdiction of Vardaro's case was transferred to the EDNC. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Vardaro be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright  
Lakesha H. Wright  
U.S. Probation Officer  
306 East Main Street, Room 306  
Elizabeth City, NC 27909-7909  
Phone: 252-335-5508  
Executed On: May 23, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __9th__ day of __August__, 2019.

Malcolm J. Howard  
Senior U.S. District Judge